**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-8355**

———————

CHRISTOPHER EUGENE COOK,

             Petitioner - Appellant,

      v.

LEWIS SMITH,

             Respondent - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., Chief District Judge. (1:08-cv-00300-JAB-RAE)

———————

Submitted: February 19, 2009      Decided: February 27, 2009

———————

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Christopher Eugene Cook, Appellant Pro Se. Clarence Joe DelForge III, Mary Carla Hollis, Assistant Attorneys General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Eugene Cook seeks to appeal the district court's order affirming the magistrate judge's order denying his motion to amend his 28 U.S.C. § 2254 (2006) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Cook seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED